UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Eleuterio Medina-Sanchez, et al )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj8367<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06260298 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Maria Flor Gonzalez-Figueroa

DATED: 5/16/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                             OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by  L. Flores
            Deputy Clerk