UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj8367 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Eleuterio Medina-Sanchez ) | |
| Defendant(s) ) | Booking No. 06264298 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Lizett Munoz

DATED: 5/29/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ E. Flores
       Deputy Clerk